UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00317

———

**Joe Salinas Estrada, Jr.**,
*Plaintiff,*
v.
**Kirk Steifer, et al.**,
*Defendants.*

———

## ORDER

On June 16, 2020, plaintiff Joe Salinas Estrada, Jr., proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On June 3, 2020, the magistrate judge instructed Estrada to file an amended complaint. Doc. 3. Estrada failed to do so. On July 31, 2020, the magistrate judge entered a report and recommendation that Estrada's case be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 6.

Estrada filed a letter that is mostly unresponsive to the magistrate judge's report. *See* Doc. 8. He regards the report as "fraudulent court correspondence" and asserts that he has actively prosecuted his case. *Id.* at 1. Construing the contents of this letter as objections to the magistrate judge's report, the court finds that the plaintiff's objections are meritless. Having conducted a de novo review of the record and the magistrate judge's proposed findings and recommendations, the court **accepts** the findings and conclusions of the magistrate judge. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on October 22, 2020.*

J. CAMPBELL BARKER
United States District Judge